COPY

PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
  panish@psblaw.com
ADAM K. SHEA, State Bar No. 166800
  shea@psblaw.com
THOMAS A. SCHULTZ, State Bar No. 149578
  schultz@psblaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700; Facsimile: 310.477.1699

CRANE FLORES, LLP
MARK K. FLORES, State Bar No. 166990
  mkflores@cflawyers.com
15 West Carrillo Street, Suite 310
Santa Barbara, CA  93101
Telephone:  805.564.8181; Facsimile: 805.456.4433

MAHO & PRENTICE, LLP
CHAD M. PRENTICE, State Bar No. 173811
  cprentice@sbcalaw.com
629 State Street, Suite 217
Santa Barbara, CA  93101
Telephone:  805.962.1930; Facsimile:  805.456.2141

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

THE ESTATE OF ALFONSO LIMON, JR.;
ALFONSO LIMON, SR., individually, and as Successor in Interest to ALFONSO LIMON, JR.; ALEJANDRA LIMÓN, individually, and as Successor in Interest to ALFONSO LIMON, JR.; GERARDO LIMON, an individual,

Plaintiffs,

v.

CITY OF OXNARD; THE OXNARD POLICE DEPARTMENT; THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS; SENIOR OFFICER JOHN BRISSLINGER; OFFICER ERNIE OROZCO; OFFICER DON EHRHARDT; OFFICER JESS ARAGON; OFFICER ROCKY MARQUEZ; OFFICER PEDRO RODRIGUEZ; OFFICER RYAN

Case No. CV13- 01961 SS

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

1. **WRONGFUL DEATH (BATTERY)**

2. **WRONGFUL DEATH (NEGLIGENCE)**

3. **VIOLATIONS OF CIVIL CODE SECTION 52.1**

4. **ASSAULT**

5. **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

6. **VIOLATIONS OF CIVIL RIGHTS (42 USC § 1983) – INDIVIDUAL LIABILITY UNDER FOURTH AMENDMENT**

1   LOCKNER; OFFICER ZACK STILES;
    OFFICER MATTHEW ROSS; and
2   DOES 1 through 10, Inclusive,

3                    Defendants.

4

5

6

7

**7.   VIOLATIONS OF CIVIL
       RIGHTS (42 USC § 1983) –
       INDIVIDUAL LIABILITY
       UNDER FOURTEENTH
       AMENDMENT**

**8.   VIOLATIONS OF CIVIL
       RIGHTS (42 § 1983) – ENTITY
       LIABILITY UNDER FOURTH
       AMENDMENT**

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

8

9        Plaintiffs THE ESTATE OF ALFONSO LIMON, JR.; ALFONSO LIMON,

10  SR., individually, and as Successor in Interest to ALFONSO LIMON, JR.;

11  ALEJANDRA LIMON, individually, and as Successor in Interest to ALFONSO

12  LIMON, JR.; and GERARDO LIMON, individually, allege on information and

13  belief:

14                          **I.   INTRODUCTION**

15       1.      Plaintiffs bring this action against Defendants alleging violations of 42 U.S.C. §

16  1983.  Section 1983 establishes that every person who, under color of any statute, ordinance,

17  regulation, custom, or usage, of any State or Territory or the District of Colombia subjects, or

18  causes to be subjected, any citizen of the United States or other person within the jurisdiction

19  thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and

20  laws shall be liable to the party injured in an action at law.

21       2.      This case is brought under Section 1983 based upon the fact that the

22  named Oxnard police officers, while acting under the color of law, negligently and

23  unreasonably fired shots at ALFONSO LIMON, JR., and GERARDO LIMON,

24  assaulted ALFONSO LIMON, JR., and GERARDO LIMON, and shot and killed

25  ALFONSO LIMON, JR., thereby depriving Plaintiffs of their Fourth Amendment

26  right to be free from excessive force.

27  / / /

28  / / /

COMPLAINT FOR DAMAGES

3.     Plaintiffs bring this action against Defendants based on Defendants' violations of the Constitutional rights of ALFONSO LIMON, JR., and GERARDO LIMON, the assault on ALFONSO LIMON, JR., and GERARDO LIMON, and the resulting wrongful death of ALFONSO LIMON, JR., and infliction of emotional distress on GERARDO LIMON.  Plaintiffs seek general and compensatory damages, funeral and burial expenses, loss of household services and other special damages, statutory damages, costs and attorney's fees, all of which are made available by statute, 42 U.S.C. § 1983.

## II. PARTIES

4.     At all relevant times mentioned herein, Plaintiffs ALFONSO LIMON, SR., ALEJANDRA LIMON, GERARDO LIMON, and Plaintiffs' decedent, ALFONSO LIMON, JR., were residents of the State of California, County of Ventura.

5.     At all relevant times mentioned herein, Defendants the CITY OF OXNARD and the OXNARD POLICE DEPARTMENT are municipal corporations organized and existing under the laws of the State of California.

6.     At all relevant times mentioned herein, Defendant CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES, and OFFICER MATTHEW ROSS were employed by the Defendants the CITY OF OXNARD and the OXNARD POLICE DEPARTMENT and were acting in the course and scope of their employment for such municipal corporations and under color of state law.

///

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

7.      At all relevant times mentioned herein, ALFONSO LIMON, SR., was the father of decedent of ALFONSO LIMON, JR., and ALEJANDRA LIMON was the mother of decedent ALFONSO LIMON, JR.  ALFONSO LIMON, JR., had neither a spouse nor children, thereby qualifying ALFONSO LIMON, SR., and ALEJANDRA LIMON as Successors-in-Interest.  Further, for these same reasons, at all relevant times, ALFONSO LIMON, SR., and ALEJANDRA LIMON are the heirs at law of the decedent.

8.      The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 10, inclusive, are unknown to Plaintiffs who therefore sue said Defendants by such fictitious names.  The full extent of the facts linking such fictitiously sued Defendants is unknown to Plaintiffs.  Plaintiffs are informed and believe, and thereon allege, that each of the Defendants designated herein as a DOE was, and is, negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby negligently, or in some other actionable manner, legally and proximately caused the hereinafter described injuries and damages to Plaintiffs.  Plaintiffs will hereafter seek leave of the Court to amend this Complaint to show the Defendants' true names and capacities after the same have been ascertained. Plaintiffs are informed and believe, and thereon allege, that at all times mentioned herein, Defendants and DOES 1 through 10, inclusive, and each of them, were agents, servants, employees, successors in interest, and/or joint venturers of their co-Defendants, and were, as such, acting within the course, scope, and authority of said agency, employment, and/or venture, and that each and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring, training, and supervision of each and every other Defendant as an agent, servant, employee, successor in interest, and/or joint venturer.

/ / /

/ / /

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

### III. JURISDICTION AND VENUE

9.     This Court has federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 42 U.S.C. 1343 because this action arises under 42 U.S.C. 1983.

10.     Venue in this judicial district is proper under 28 U.S.C. § 1391 in that this is the judicial district in which a substantial part of the events or omissions giving rise to the claims occurred.

### IV. GENERAL ALLEGATIONS

11.     On October 29, 2012, a Claim for Damages was presented pursuant to and in substantial compliance with California *Government Code* § 910 for damages sustained as a result of the incident alleged herein.  On November 7, 2012, Plaintiffs filed an Amended Claim for Damages with the City of Oxnard.  Said claims are deemed rejected as forty-five (45) days have passed with no response, thus giving Plaintiffs standing to present these claims.

12.     This Complaint concerns an incident which occurred during the evening hours of October 13, 2012, occurring near the intersection of Cooper and Garfield Streets, in Oxnard, California, in the County of Ventura, where Oxnard police officers fired shots at ALFONSO LIMON, JR., and GERARDO LIMON and shot and killed ALFONSO LIMON, JR. (hereafter "SUBJECT INCIDENT").

13.     At approximately 9:30 p.m., decedent ALFONSO LIMON, JR., and his brother, Plaintiff GERARDO LIMON, were walking to their home on Roosevelt Street in a normal, orderly and lawful fashion after jogging at Pacifica High School. At or about the same time, CITY OF OXNARD police officers had multiple black-and-whites units in the area making a stop of a vehicle they believed had armed suspects. The suspects were ordered to exit their vehicle and remain standing but instead ran from the police officers, with at least one suspect running toward the

intersection of Cooper and Garfield Streets, as ALFONSO LIMON, JR., and GERARDO LIMON continued to walk home. The CITY OF OXNARD police officers began to chase the fleeing suspects.

14. Thereafter, the CITY OF OXNARD police officers, without any warning and without properly identifying the suspect(s), negligently and recklessly opened fire at ALFONSO LIMON, JR., and GERARDO LIMON, claiming they mistook them for the suspects. The CITY OF OXNARD police officers killed ALFONSO LIMON, JR. Plaintiff GERARDO LIMON ran from the location to a safe place across the street with bullets barely missing him. According to witnesses, prior to being killed, ALFONSO LIMON, JR., while facing multiple CITY OF OXNARD officers in full view, put his hands up and yelled multiple times "don't shoot, don't shoot". Despite ALFONSO LIMON, JR.'s pleas, CITY OF OXNARD police officers shot him and he fell to the ground. While on the ground and still alive, multiple CITY OF OXNARD police officers approached him and continued to shoot at him and killed him. Only after killing ALFONSO LIMON, JR., did said officers realize that the actual suspect was behind a car at the corner parking lot of Cooper and Garfield Streets some sixty feet away from ALFONSO LIMON, JR. Said suspect was not wearing similar clothes, nor did he have the same appearance or build as ALFONSO LIMON, JR.

15. After it was clear that ALFONSO LIMON, JR., was not a suspect and had been killed at the hands of the OXNARD POLICE DEPARTMENT, the OXNARD POLICE DEPARTMENT's officers, commanders and/or supervisors failed to inform the Limon family that their son and brother had been killed. In fact, the family, who identified themselves to officers at the scene, were not allowed to see their son and brother. At no time did the CITY OF OXNARD or the OXNARD POLICE DEPARTMENT provide any update to the family regarding ALFONSO LIMON, JR. All through the night, family members called the commanders at the OXNARD POLICE DEPARTMENT requesting any information regarding

COMPLAINT FOR DAMAGES

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
310.477.1700 phone • 310.477.1699 fax

1  ALFONSO LIMON, JR., and were only told that no information could be released,

2  which caused the family to drive to different hospitals in search of their son and

3  brother throughout the night and the next day.  Only two days later did

4  representatives from the OXNARD POLICE DEPARTMENT inform the family

5  that their son and brother was dead.

6      16.    On October 13, 2012, the OXNARD POLICE DEPARTMENT was in

7  violation of its policies and procedures, which resulted in the death of ALFONSO

8  LIMON, JR.  The OXNARD POLICE DEPARTMENT police officers, who shot at

9  ALFONSO LIMON, JR., and his brother, GERARDO LIMON, did not have any

10  vantage point of the suspects and/or of the situation and had no idea who was or was

11  not a suspect.  In fact, as stated by THE CHIEF OF POLICE FOR THE OXNARD

12  POLICE DEPARTMENT JERI WILLIAMS in her October 18, 2012, press release,

13  "During this rapidly developing foot pursuit … some of the officers believed that

14  ALFONSO LIMON [JR.] was one of the suspects. As a result, some of the officers

15  fired their weapons at him."  The OXNARD POLICE DEPARTMENT police

16  officers negligently and recklessly fired their weapons into a crowded street and

17  neighborhood without regard for the safety and security of the community,

18  including, specifically ALFONSO LIMON, JR., and GERARDO LIMON.  In fact,

19  the OXNARD POLICE DEPARTMENT police officers intended to shoot

20  ALFONSO LIMON, JR.

21      17.    The manner in which the CITY OF OXNARD police officers

22  conducted the vehicle stop of the suspect(s) was negligent, reckless and endangered

23  the community.  Among other things, the tactics used that night were negligent and

24  reckless, causing a chaotic scene whereby multiple CITY OF OXNARD police

25  officers open fired on ALFONSO LIMON, JR., and GERARDO LIMON, mistaking

26  ALFONSO LIMON, JR., and GERARDO LIMON as suspects.

27      18.    Both prior to and during the time in which ALFONSO LIMON, JR.,

28  and GERARDO LIMON were shot at by CITY OF OXNARD police officers,

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1  ALFONSO LIMON, JR., and GERARDO LIMON posed no reasonable threat of

2  violence to any of the Defendants nor to any other individual.

### FIRST CLAIM

**WRONGFUL DEATH (BATTERY)**

**(By Plaintiffs THE ESTATE OF ALFONSO LIMON, JR., ALFONSO**

**LIMON, SR., and ALEJANDRA LIMON Against CITY OF OXNARD,**

**OXNARD POLICE DEPARTMENT, THE CHIEF OF POLICE FOR**

**THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS,**

**SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE**

**OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON,**

**OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ,**

**OFFICER RYAN LOCKNER, OFFICER ZACK STILES, OFFICER**

**MATTHEW ROSS, and DOES 1 through 10, Inclusive)**

15      19.     Plaintiffs restate and incorporate herein by reference each and every

16  allegation and statement contained in the prior paragraphs.

17      20.     Plaintiffs are informed and believe, and thereupon allege, that

18  Defendants and DOES 1 through 10, and each of them, willfully and unlawfully

19  used force upon the person of ALFONSO LIMON, JR., by shooting and killing him.

20  At the time of the aforementioned battery, ALFONSO LIMON, JR., posed

21  absolutely no threat to Defendants or anyone else whatsoever.

22      21.     The conduct of Defendants and DOES 1 through 10, and each of them,

23  described herein above, was done within the course and scope of their employment,

24  agency and/or service with Defendants CITY OF OXNARD and/or OXNARD

25  POLICE DEPARTMENT, and under color of their authority, and Defendants CITY

26  OF OXNARD and/or OXNARD POLICE DEPARTMENT, and each of them, are,

27  therefore, vicariously liable for same under *Government Code* §§815.2, 815.3 and

28  820.

22.     The aforementioned acts of Defendants and DOES 1 through 10 were done by them knowingly, intentionally, and maliciously, for the purpose of harassment, oppression and inflicting injury upon ALFONSO LIMON, JR., and in reckless, wanton and callous disregard of his safety, security, and civil rights.

23.     As a direct and proximate result of the aforesaid conduct of the Defendants, and each of them, and the resultant battery and death of ALFONSO LIMON, JR., Plaintiffs have suffered loss of earnings and earnings capacity of ALFONSO LIMON, JR., have incurred liability for funeral and burial expenses, and sustained injuries, including, but not limited to, loss of love, affection, comfort, care, companionship, and support of their beloved son, as well as loss of financial support, in an amount to be determined.

## SECOND CLAIM

### WRONGFUL DEATH (NEGLIGENCE)

**(By Plaintiffs ESTATE OF ALFONSO LIMON, JR., ALFONSO LIMON, SR., and ALEJANDRA LIMON Against CITY OF OXNARD, OXNARD POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES, OFFICER MATTHEW ROSS, and DOES 1 through 10, Inclusive)**

24.     Plaintiffs restate and incorporate herein by reference each and every allegation and statement contained in the prior paragraphs.

25.     Plaintiffs are informed, believe, and thereon allege that, at all times relevant and mentioned herein, Defendants CITY OF OXNARD, OXNARD POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN

BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT,

OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO

RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES,

OFFICER MATTHEW ROSS, and DOES 1 through 10, inclusive, and each of

them, owed a duty of care to all reasonably foreseeable people, including Plaintiff,

to carry out their law enforcement duties in a reasonable manner, including the use

of any firearms or any force whatsoever.

26.     Plaintiffs are informed, believe, and thereon allege that, at all times

relevant and mentioned herein, Defendants CITY OF OXNARD, OXNARD

POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD

POLICE DEPARTMENT, JERI WILLIAMS, and DOES 1 through 10, inclusive,

and each of them, carelessly and negligently carried out their law enforcement

duties, and particularly used their firearms in a reckless way wherein they shot

ALFONSO LIMON, JR., an innocent bystander who posed no threat of harm to any

person.

27.     Plaintiffs are informed, believe, and thereon allege that, at all times

relevant and mentioned herein, said careless, negligent, reckless and unlawful

conduct by Defendants CITY OF OXNARD, OXNARD POLICE DEPARTMENT,

THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI

WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE

OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER

ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN

LOCKNER, OFFICER ZACK STILES, OFFICER MATTHEW ROSS, and DOES

1 through 10, inclusive, and each of them, was the direct, legal and proximate cause

of the death of ALFONSO LIMON, JR., and the resulting damages to Plaintiffs as

herein alleged.

/ / /

COMPLAINT FOR DAMAGES

28.     Plaintiffs are further informed, believe, and thereon allege that, at all times relevant and mentioned herein, Defendants CITY OF OXNARD and OXNARD POLICE DEPARTMENT owed a duty of care to all reasonably foreseeable people, including Plaintiff, to reasonably hire, select, retain, and discipline their police officers.  Plaintiffs are informed, believe, and thereon allege that, at all times relevant and mentioned herein, Defendants CITY OF OXNARD and OXNARD POLICE DEPARTMENT owed a duty of care to all reasonably foreseeable people, including Plaintiff, to reasonably train and supervise their police officers to carry out their law enforcement duties,  including particularly, the use of any firearms or any force whatsoever, in a reasonable manner.

29.     Plaintiffs are further informed, believe, and thereon allege that, at all times relevant and mentioned herein, Defendants CITY OF OXNARD and OXNARD POLICE DEPARTMENT breached these duties by failing to adequately train and supervise their officers in the use of force.  In fact, police officers at the scene were negligently and poorly trained, were negligently and poorly hired, were negligently and poorly supervised (both at the scene and before), and were negligently retained. Moreover, the CITY OF OXNARD supervisors at the scene negligently handled the stop and were negligent in their control and direction of the tactics and the officers at the scene. Additionally, the CITY OF OXNARD and the OXNARD POLICE DEPARTMENT, and all their employees and sworn officers, were negligent in the hiring, training, selection, supervision, retention, and disciplining of the officers involved in the shooting, as well as the officers who trained the involved officers throughout their careers, from the academy to the date in question.

30.     Defendants further breached their duty in that the CITY OF OXNARD police officers who were at the scene of the SUBJECT INCIDENT, including THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

COMPLAINT FOR DAMAGES

1 OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER
2 ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN
3 LOCKNER, OFFICER ZACK STILES, OFFICER MATTHEW ROSS, and DOES
4 1-10 had a history of bad traffic stops, improper uses of force, and improperly
5 discharging their firearms, and yet were never disciplined, or were not disciplined
6 properly, and were never trained or re-trained properly, and were never removed
7 from service.

8    31.   Defendants further breached their duty because within the CITY OF
9 OXNARD police department, there was a custom, policy and practice, whether
10 express or implied, oral or written, that allowed all of the conduct outlined in this
11 claim to occur and that allowed this tragic shooting to occur.

12    32.   As a direct and proximate result of the aforesaid negligent conduct of
13 the Defendants, and each of them, and the resultant death of ALFONSO LIMON,
14 JR., Plaintiffs have suffered loss of earnings and earnings capacity of ALFONSO
15 LIMON, JR., have incurred liability for funeral and burial expenses, and sustained
16 injuries, including, but not limited to, loss of love, affection, comfort, care,
17 companionship, and support of their beloved son, as well as loss of financial
18 support, in an amount to be determined.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PANISH SHEA & BOYLE LLP

11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

## THIRD CLAIM

### VIOLATION OF CIVIL CODE §52.1

**(By Plaintiffs ESTATE OF ALFONSO LIMON, JR., ALFONSO LIMON, SR., ALEJANDRA LIMON, and GERARDO LIMON Against CITY OF OXNARD, OXNARD POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES, OFFICER MATTHEW ROSS, and DOES 1 through 10, Inclusive)**

33.     Plaintiffs restate and incorporate herein by reference each and every allegation and statement contained in the prior paragraphs.

34.     Plaintiffs allege that Defendants, and each of them, interfered by threats, intimidation and/or coercion, with ALFONSO LIMON, JR.'s and GERARDO LIMON's exercise and enjoyment of their rights secured by the Constitution of the United States and the State of California, including interference with their rights to be secure in their persons and free from the use of excessive force and the right of protection from bodily restraint and harm.

35.     The conduct of Defendants and DOES 1 through 10, and each of them, described herein above, was done within the course and scope of their employment, agency and/or service with Defendants CITY OF OXNARD and/or OXNARD POLICE DEPARTMENT, and under color of their authority, and Defendants CITY OF OXNARD and/or OXNARD POLICE DEPARTMENT, and each of them, are, therefore, vicariously liable for same under *Government Code* §§815.2, 815.3 and 820.

/ / /

COMPLAINT FOR DAMAGES

36.    As a direct and proximate result of the aforesaid conduct of the Defendants, and each of them, and the resultant death of ALFONSO LIMON, JR., Plaintiffs have suffered loss of earnings and earnings capacity of ALFONSO LIMON, JR., have incurred liability for funeral and burial expenses, and sustained injuries, including, but not limited to, loss of love, affection, comfort, care, companionship, and support of their beloved son, as well as loss of financial support, in an amount to be determined.

37.    As a direct and proximate result of the aforesaid conduct of the Defendants, and each of them, and the resultant assault on Plaintiff GERARDO LIMON, Plaintiff GERARDO LIMON has suffered severe emotional distress.

## FOURTH CLAIM

### ASSAULT

**(By Plaintiff GERARDO LIMON Against CITY OF OXNARD, OXNARD POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES, OFFICER MATTHEW ROSS, and DOES 1 through 10, Inclusive)**

38.    Plaintiff restates and incorporates herein by reference each and every allegation and statement contained in the prior paragraphs.

39.    Plaintiff is informed and believes, and thereupon alleges, that Defendants and DOES 1 through 10, and each of them, unlawfully attempted to commit a violent injury on the person of GERARDO LIMON by firing shots at GERARDO LIMON and that Defendants had the ability to commit such violent injury due to their possession of firearms.  At the time of the aforementioned assault,

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1    GERARDO LIMON posed absolutely no threat to Defendants or anyone else

2    whatsoever.

3        40.    The conduct of Defendants and DOES 1 through 10, and each of them,

4    described herein above, was done within the course and scope of their employment,

5    agency and/or service with Defendants CITY OF OXNARD and/or OXNARD

6    POLICE DEPARTMENT, and under color of their authority, and Defendants CITY

7    OF OXNARD and/or OXNARD POLICE DEPARTMENT, and each of them, are,

8    therefore, vicariously liable for same under *Government Code* §§815.2, 815.3 and

9    820.

10       41.    The aforementioned acts of Defendants and DOES 1 through 10 were

11   done by them knowingly, intentionally, and maliciously, for the purpose of

12   harassment, oppression and inflicting injury upon GERARDO LIMON, and in

13   reckless, wanton and callous disregard of his safety, security, and civil rights.

14       42.    As a direct and proximate result of the aforesaid conduct of the

15   Defendants, and each of them, and the resultant assault on Plaintiff GERARDO

16   LIMON, Plaintiff GERARDO LIMON has suffered severe emotional distress.

17

18                        **FIFTH CLAIM**

19       **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

20   **(By Plaintiff GERARDO LIMON Against CITY OF OXNARD, OXNARD**

21   **POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD**

22   **POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN**

23   **BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT,**

24   **OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER**

25   **PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK**

26   **STILES, OFFICER MATTHEW ROSS, and DOES 1 through 10, Inclusive)**

27       43.    Plaintiff restates and incorporates herein by reference each and every

28   allegation and statement contained in the prior paragraphs.

44.    At the time of the SUBJECT INCIDENT which resulted in the death of DECEDENT ALFONSO LIMON, JR., his brother, GERARDO LIMON, was in a close proximity and was within the zone of danger to the injury-producing event.  At such time and place, Plaintiff GERARDO LIMON saw his beloved brother visibly suffering severe and ultimately fatal injuries after being violently shot by Defendants.  Plaintiff GERARDO LIMON was fully aware that his brother, DECEDENT ALFONSO LIMON, JR., suffered severe and ultimately fatal injuries, which he contemporaneously witnessed and heard, and which were legally, directly, and proximately caused by Defendants CITY OF OXNARD, OXNARD POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS, and DOES 1 through 10, inclusive, and each of them.

45.    As a legal, direct, and proximate result of Plaintiff GERARDO LIMON seeing and hearing these events that caused the death of his brother, he has suffered and continues to suffer severe emotional distress, trauma anguish, fright, horror, nervousness, grief, anxiety, worry, and shock far beyond that which would be anticipated in a disinterested witness, and beyond that with which an ordinary, reasonable person would be able to cope.

46.    Plaintiff is informed, believes, and thereupon alleges that it was the negligent conduct of CITY OF OXNARD, OXNARD POLICE DEPARTMENT, THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES, OFFICER MATTHEW ROSS, and DOES 1 through 10, inclusive, and each of them, as described above, that was the legal, direct, and proximate cause of the severe emotional distress suffered by Plaintiff GERARDO LIMON.

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

47.     Plaintiff GERARDO LIMON has sought, and will continue to seek indefinitely, counseling and treatment as a direct and proximate result of the severe emotional distress he has suffered, and will continue to suffer for the unforeseen future.

48.     Plaintiff GERARDO LIMON is further informed, believes, and thereupon alleges that by reason of his injuries, both physical and emotional, he will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of which expenses will be stated according to proof pursuant to California *Code of Civil Procedure* Section 425.10.

## SIXTH CLAIM
### VIOLATIONS OF 42 USC § 1983 - FOURTH AMENDMENT – INDIVIDUAL LIABILITY
### (By Plaintiffs Against THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES, OFFICER MATTHEW ROSS, and DOES 1 through 5, Inclusive)

49.     Plaintiffs restate and incorporate herein by reference each and every allegation and statement contained in the prior paragraphs.

50.     The individual and DOE defendants, while acting under color of law, deprived the decedent ALFONSO LIMON, JR. and GERARDO LIMON of their civil rights by violating their rights under the Fourth Amendment to be free from excessive force, detention and arrest not based on reasonable suspicion or probable cause.

51.     The above acts and omissions, while carried out under color of law, have no justification or excuse in law, and instead constitute a gross abuse of

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

COMPLAINT FOR DAMAGES

PANISH SHEA & BOYLE LLP
1111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1   governmental authority and power, shock the conscience, are fundamentally unfair,

2   arbitrary and oppressive, and unrelated to any activity in which governmental

3   officers may appropriately and legally undertake in the course of protecting persons

4   or property, or ensuring civil order.  The above acts and omissions were consciously

5   chosen from among various alternatives, thereby justifying the awarding of

6   exemplary and punitive damages against each of the individual defendants in an

7   amount to be determined according to proof at trial.

8

9                           **SEVENTH CLAIM**

10   **VIOLATIONS OF 42 USC § 1983 - FOURTEENTH AMENDMENT –**

11                        **INDIVIDUAL LIABILITY**

12   **(By Plaintiffs Against THE CHIEF OF POLICE FOR THE OXNARD**

13   **POLICE DEPARTMENT, JERI WILLIAMS, SENIOR OFFICER JOHN**

14   **BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT,**

15   **OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER**

16   **PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK**

17   **STILES, OFFICER MATTHEW ROSS, and DOES 1 through 5, Inclusive)**

18        52.    Plaintiffs restate and incorporate herein by reference each and every

19   allegation and statement contained in the prior paragraphs.

20        53.    In addition to shooting at ALFONSO LIMON, JR., and GERARDO

21   LIMON without probable cause and in an unreasonable manner, the individual and

22   Doe defendants deprived ALFONSO LIMON, JR., and GERARDO LIMON  of

23   rights secured by the Due Process Clause of the Fourteenth Amendment, causing

24   them to be deprived of substantive and procedural due process.

25        54.    The above acts and omissions, while carried out under color of law,

26   have no justification or excuse in law, and instead constitute a gross abuse of

27   governmental authority and power, shock the conscience, are fundamentally unfair,

28   arbitrary and oppressive, and unrelated to any activity in which governmental

COMPLAINT FOR DAMAGES

1 | officers may appropriately and legally undertake in the course of protecting persons
2 | or property, or ensuring civil order.  The above acts and omissions were consciously
3 | chosen from among various alternatives, thereby justifying the awarding of
4 | exemplary and punitive damages against each of the individual defendants in an
5 | amount to be determined according to proof at trial.

6

7 | **EIGHTH CLAIM**

8 | **VIOLATIONS OF 42 USC § 1983 - ENTITY LIABILITY**

9 | **(By Plaintiffs Against CITY OF OXNARD, OXNARD POLICE**

10 | **DEPARTMENT, and DOES 5 through 10, Inclusive)**

11 |      55.    Plaintiffs restate and incorporate herein by reference each and every
12 | allegation and statement contained in the prior paragraphs.

13 |      56.    Plaintiffs are informed and believe and thereon allege that, at all times
14 | herein mentioned, Defendants CITY OF OXNARD, OXNARD POLICE
15 | DEPARTMENT and DOES 5 through 10, with deliberate indifference, and
16 | conscious and reckless disregard to the safety, security and constitutional and
17 | statutory rights of ALFONSO LIMON, JR., and GERARDO LIMON, including the
18 | right to be free from excessive force, detention and arrest not based on reasonable
19 | suspicion or probable cause under the Fourth Amendment and the right to
20 | procedural and substantive due process under the Fourteenth Amendment, tolerated,
21 | ratified, permitted, acquiesced in, and/or applied, among others, the following
22 | policies, practices and customs:

23 |          a.    Failing to adequately train, supervise, and control their officers
24 |                in  the use of force; and

25 |          b.    Failing to adequately  train, supervise, and control their officers
26 |                in protecting the substantive and procedural due process rights of
27 |                individuals and suspects.

28 | / / /

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

57.     As a direct and proximate result of the foregoing, Plaintiffs sustained injury and damage as proved.

## PRAYER

**WHEREFORE**, Plaintiffs request relief as follows, and according to proof, against each Defendant:

1.     General and compensatory damages in an amount according to proof against all Defendants;

2.     Funeral and burial expenses against all Defendants;

3.     Loss of household services and other special damages in an amount according to proof against all Defendants;

4.     Statutory damages, including damages pursuing to *Civil Code* §§52(b)(2), 52(b)(3) and 52.1(b);

5.     Costs of suit and prejudgment interest as awardable by law, against all Defendants;

6.     Attorneys' fees, including pursuant to *Civil Code* §§52(b)(3) and 52.1(h), and 42

USC § 1983; and

7.     Such other relief as may be warranted or as is just and proper.

DATED: March 18, 2013          PANISH SHEA & BOYLE LLP

By: _____
    Adam Shea
    Attorneys for Plaintiffs

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

COMPLAINT FOR DAMAGES

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

<u>    Central   </u> District of <u>California    </u>

THE ESTATE OF ALFONSO LIMON, JR.; ALFONSO LIMON,
SR., individually, and as Successor in Interest to
ALFONSO LIMON, JR.; ALEJANDRA LIMON, individually,
and as Succesosr in Interest to ALFONSO LIMON, JR.;
GERARDO LIMON, an    *Plaintiff(s)*
individual

             v.

CITY OF OXNARD; THE OXNARD POLICE DEPARTMENT; THE
CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT,
JERI WILLIAMS; SENIOR OFFICER JOHN BRISSLINGER;
OFFICER ERNIE OROZCO; OFFICER DON EHRHARDT; OFFICER
JESS ARAGON; OFFICER   *Defendant(s)*
ROCKY MARQUEZ; OFFICER PEDRO RODRIGUEZ; OFFICER RYAN LOCKNER;
OFFICER ZACK STILES; OFFICER MATTHEW
ROSS; and DOES 1 through 10, Inclusive

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CV13-01961 SS**

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

TO: *(Defendant's name and address)*

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 1 9 2013

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO-440

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐ )

THE ESTATE OF ALFONSO LIMON, JR.; ALFONSO LIMON, SR., individually, and as Successor in Interest to ALFONSO LIMON, JR

**DEFENDANTS**

CITY OF OXNARD; THE OXNARD POLICE DEPARTMENT; THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS;

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Adam K. Shea
PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA  90025
(310) 477-1700

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Violations of Civil Rights (42 USC §1983):  individual liability under 4th & 14th Amendments; entity liability under 4th Amendment.

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**CV13-01961**

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date  3-18-13

ADAM K. SHEA

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |