Alan E. Wisotsky – State Bar No. 68051
James N. Procter II – State Bar No. 96589
Brian P. Keighron – State Bar No. 71445
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone:   (805) 278-0920
Fax:       (805) 278-0289
E-mail:  bkeighron@wps-law.net

Todd M. Fine, Esq.
Edward F. Ruberry, Esq.
Karl H. Schook, Esq.
RUBERRY, STALMACK & GARVEY
500 W. Madison Street, Suite 2300
Chicago, Illinois  60661
Phone:   (312) 466-8050
Fax:       (312) 466-8055
E-mail:  todd.fine@rsg-law.com
             ed.ruberry@rsglaw.com
             karl.schook@rsg-law.com

Attorneys for Defendants,
    CITY OF OXNARD, OXNARD POLICE DEPART-
    MENT, JERI WILLIAMS, DON EHRHARDT,
    ROCKY MARQUEZ, PEDRO RODRIGUEZ, RYAN
    LOCKNER, and ZACK STILES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF ALFONSO LIMON, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OXNARD, et al., <br><br> Defendants. | CASE NO. CV13-01961 SS <br><br> **NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT AND TO THE HONORABLE SUZANNE H. SEGAL, CHIEF MAGISTRATE JUDGE:

      PLEASE BE ADVISED that a settlement of this action has been reached between plaintiffs THE ESTATE OF ALFONSO LIMON, JR.; ALFONSO LIMON,

1

SR., individually, and as Successor in Interest to ALFONSO LIMON, JR.; ALEJANDRA LIMON, individually, and as Successor in Interest to ALFONSO LIMON, JR.; GERARDO LIMON, an individual, and defendants CITY OF OXNARD, THE OXNARD POLICE DEPARTMENT, CHIEF JERI WILLIAMS, SENIOR OFFICER JOHN BRISSLINGER, OFFICER ERNIE OROZCO, OFFICER DON EHRHARDT, OFFICER JESS ARAGON, OFFICER ROCKY MARQUEZ, OFFICER PEDRO RODRIGUEZ, OFFICER RYAN LOCKNER, OFFICER ZACK STILES, and OFFICER MATTHEW ROSS as to all claims and causes of action.

The parties anticipate that closing documents shall be signed and executed, settlement proceeds shall be distributed, and a Stipulated Voluntary Dismissal of Entire Action, with Prejudice, and a [Proposed] Order of Dismissal will be filed within 75 days.

Dated: June 6, 2014

/s/
Adam K. Shea
Attorney for Plaintiffs
ESTATE OF ALFONSO LIMON, JR., ALFONSO LIMON, SR., ALEJANDRA LIMON, and GERARDO LIMON

Dated: June 6, 2014

/s/
Brian P. Keighron
Attorney for Defendants
CITY OF OXNARD, OXNARD POLICE DEPARTMENT, JERI WILLIAMS, DON EHRHARDT, ROCKY MARQUEZ, PEDRO RODRIGUEZ, RYAN LOCKNER, and ZACK STILES

Dated: June 6, 2014

/s/
Scott J. Grossberg
Attorney for Defendant
ERNIE OROZCO

*(Signatures continued on p. 3)*

*Estate of Alfonso Limon, Jr., v. City of Oxnard*     USDC Case No. CV13-01961 SS

**NOTICE OF SETTLEMENT**

*(Signatures continued from p. 2)*

Dated: June 6, 2014        /s/
                           Catherine M. Mathers
                           Attorney for Defendant
                           JOHN BRISSLINGER

Dated: June 6, 2014        /s/
                           Edwin J. Richards
                           Attorney for Defendant
                           JESS ARAGON

Dated: June 6, 2014        /s/
                           Glen Tucker
                           Attorney for Defendant
                           MATTHEW ROSS

WISOTSKY, PROCTER & SHYER
ATTORNEYS AT LAW
300 ESPLANADE DRIVE, SUITE 1500
OXNARD, CALIFORNIA 93036
TELEPHONE (805) 278-0920