| | |
|---|---|
| 1 | Edwin J. Richards  (SBN 43855) |
| 2 | Kari L. Probst  (SBN 188992)<br>KUTAK ROCK LLP |
| 3 | Suite 1500<br>5 Park Plaza |
| 4 | Irvine, CA  92614-8595<br>Telephone:   (949) 417-0999 |
| 5 | Facsimile:    (949) 417-5394<br>Email: Edwin.Richards@KutakRock.com |
| 6 |         Kari.Probst@KutakRock.com |
| 7 | Attorneys for Defendant<br>JESS ARAGON |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ALFONSO LIMON, JR.; ALFONSO LIMON, SR., individually, and as Successor in Interest to ALFONSO LIMON, JR.; ALEJANDRA LIMON, individually, individually, and as Successor in Interest to ALFONSO LIMON, JR.; GERARDO LIMON, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF OXNARD; THE OXNARD POLICE DEPARTMENT; THE CHIEF OF POLICE FOR THE OXNARD POLICE DEPARTMENT, JERI WILLIAMS; SENIOR OFFICER JOHN BRISSLINGER; OFFICER ERNIE OROZCO; OFFICER DON EHRHARDT; OFFICER JESS ARAGON; OFFICER ROCKY MARQUEZ; OFFICER PEDRO RODRIGUEZ; OFFICER RYAN LOCKNER; OFFICER ZACK STILES; OFFICER MATTHEW ROSS; and DOES 1 through 10, Inclusive,<br><br>                    Defendants. | Case No.  CV13-01961– SS<br><br>Assigned to Hon. Suzanne H. Segal, United States Magistrate Judge<br><br>**NOTICE OF TAKING HEARING OFF CALENDAR OF DEFENDANT JESS ARAGON'S JOINDER TO DEFENDANTS ROSS AND OROZCO'S MOTION FOR AN ORDER EXTENDING THE STAY ON DISCOVERY AND CONTINUING DISCOVERY CUT-OFF, PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>Hearing:<br><br>Date:     June 17, 2014<br>Time:    10:00 a.m.<br>Ctrm.     23<br><br>Action Filed:    March 19, 2013<br>Trial Date:       November 11, 2014 |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant Jess Aragon hereby takes the hearing on his Joinder (Document No. 77) in the Motions of Defendant Matthew Ross (Document Nos. 71 and 72) and Defendant Ernie Orozco (Document No. 73) requesting an order continuing the stay of discovery and continuing the discovery cut-off, Final Pretrial Conference, and Trial, off calendar because all parties have settled. (See, Document No. 81, Notice of Settlement)

Dated: June 6, 2014                    KUTAK ROCK LLP


                                       By: *s/ Kari L. Probst*
                                           Edwin J. Richards
                                           Kari L. Probst
                                           Attorneys for Defendant
                                           OFFICER JESS ARAGON